UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　Case No. 1:17-cr-10105-STA

**RONALD LYNN PARHAM,**

    **Defendant.**

---

**ORDER ON MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING**

---

This matter came to be heard before the Court upon a motion to continue the sentencing hearing of Ronald Lynn Parham and without opposition of the Government the motion is well taken and is hereby granted.

IT IS THEREFORE ORDERED, that the sentencing hearing in this matter, currently scheduled for June 25, 2019, shall be rescheduled to **Tuesday, August 27, 2019 at 2:30 P.M.**

Entered this 25th day of June, 2019.

                                            s/S. Thomas Anderson
                                            CHIEF U.S. DISTRICT JUDGE